NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000023
02-MAR-2020
08:19 AM

NO. CAAP-19-0000023

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DL, Plaintiff-Appellant, v.
CL, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 16-1-1014)

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Memorandum Opinion filed on February 24, 2020, is corrected by deleting the following sentence at page 10, line 10 from bottom:

"No application for a writ of certiorari
appears to have been filed."

The Clerk of the Court is directed to incorporate the foregoing change in the original Memorandum Opinion.

DATED: Honolulu, Hawai'i, March 2, 2020.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard and Wadsworth, JJ.